# **<u>Exhibit G</u>**

17-018336

## ABSTRACT OF JUDGMENT
Commonwealth of Virginia   VA. CODE § 8.01-449

Case No. GV17022464-00

**DISTRICT COURT NAME AND ADDRESS:** RICHMOND GENERAL DISTRICT COURT - CIVIL, 400 N. 9TH ST., ROOM 203, RICHMOND, VA 23219

**FULL NAME OF PLAINTIFF (LAST, FIRST, MIDDLE):** NOLAND COMPANY

v.

**FULL NAME OF DEFENDANT (LAST, FIRST, MIDDLE):** FKA RENEW RENOVATIONS LLC

**ADDRESS (Defendant):** 3232 GROVE AVENUE, RICHMOND, VA 23221

ZIP: 0000

**FULL NAME OF DEFENDANT(S):** HICKS, ROBERT E

**ADDRESS:** 3232 GROVE AVENUE, RICHMOND, VA 23221

ZIP: 0000

This is to certify that a judgment was rendered in this court in favor of:

[X] PLAINTIFF(S) against DEFENDANT(S)
[ ] DEFENDANT(S) against PLAINTIFF(S)
[ ] _____ v. _____

**DOCKETED IN THE CIRCUIT COURT OF THE CITY OF RICHMOND ON:** OCT 18 2017 AT 10:45 A

**DATE OF JUDGMENT:** 09/13/2017
**AMOUNT OF JUDGMENT:** $10,881.00
**AMOUNT OF JUDGMENT NOT SUBJECT TO ACCRUAL OF INTEREST:** $

**HOMESTEAD EXEMPTION WAIVED:** [ ] YES [ ] NO [ ] CANNOT BE DEMANDED

**ALTERNATE VALUE OF SPECIFIC PROPERTY AWARDED:** $

**INTEREST RATE(S) AND BEGINNING DATE(S):** 18 % FROM 07/17/17

**COSTS:** $70.00
**ATTORNEY'S FEES:** $2852.73
**ATTORNEY:** ROSSER, DERRICK

**OTHER:** ATTORNEY FEES ASSESSED AS TO ROBERT HICKS ONLY

I certify the above to be a true abstract of a judgment rendered in this court.

**DATE:** 10/13/2017

[signature] D. Wake, Deputy [ ] CLERK [ ] JUDGE

FORM DC-465 MASTER 7/07