# **Exhibit H**

# Richmond-Civil General District Court

 

## Civil Case Details

### Case Information

| Case Number: | GV17021136-00 | Filed Date: | 06/05/2017 |
|---|---|---|---|
| Case Type: | Warrant In Debt | Debt Type: | Contract |

### Plaintiff Information

| Name | DBA/TA | Address | Judgment | Attorney |
|---|---|---|---|---|
| SHERWIN-WILLIAMS COMPANY, THE | | | Plaintiff | SOLODAR & SOLODAR |

### Defendant Information

| Name | DBA/TA | Address | Judgment | Attorney |
|---|---|---|---|---|
| FKA RENEW RENOVATIONS LLC | RENEW RENOVATIONS LLC | RICHMOND, VA 23221 | Not Found/Unserved | NONE |
| HICKS, ROBERT; GUARANTOR | | RICHMOND, VA 23221 | Plaintiff | NONE |

### Hearing Information

| Date | Time | Result | Hearing Type | Courtroom |
|---|---|---|---|---|
| 07/06/2017 | 10:00 AM | Default Judgment | | 204 |

### Service/Process

### Reports

### Judgment Information

| Judgment: | Plaintiff | Costs: | $70.00 | Attorney Fees: | 2949.22 |
|---|---|---|---|---|---|
| Principal Amount: | $11,796.88 | Other Amount: | | Interest Award: | 18 % FROM 03/20/17 |
| Possession: | | Writ Issued Date: | | Homestead Exemption Waived: | No |
| Is Judgment Satisfied: | | Date Satisfaction Filed: | | Other Awarded: | |
| Further Case Information: | | | | | |

### Garnishment Information