Robert S. Westermann (VSB No. 43294)
Brittany B. Falabella (VSB No. 80131)
**HIRSCHLER FLEISCHER, P.C.**
The Edgeworth Building
2100 East Cary Street
Richmond, Virginia 23218-0500
Telephone:	(804) 771-9500
Facsimile:	(804) 644-0957
Email:	rwestermann@hirschlerlaw.com
	bfalabella@hirschlerlaw.com

*Counsel to the Chapter 7 Trustee*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| **IN RE:**<br><br>**ROBERT E. HICKS**,<br><br>　　　　**DEBTOR.** | Chapter 7<br>Case No. 18-30214-KLP |
| **PETER J. BARRETT, IN HIS CAPACITY AS CHAPTER 7 TRUSTEE OF THE BANKRUPTCY ESTATE OF ROBERT E. HICKS,**<br><br>　　　　**PLAINTIFF,**<br><br>**V.**<br><br>**CITIZENS AND FARMERS BANK; AND FRANKLIN AMERICAN MORTGAGE COMPANY,**<br><br>　　　　**DEFENDANTS.** | Adversary Proceeding No. 19-03028 |

**CONSENT ORDER RESOLVING REMAINING CLAIMS**

In consideration of the allegations set forth in the *Complaint* [AP Docket No. 1] filed by Peter J. Barrett, Chapter 7 Trustee (the "**Trustee**") of the bankruptcy estate (the "**Estate**") of Robert E. Hicks, by counsel; and finding that this Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334, and the general order of reference from the U.S. District Court for the Eastern District of Virginia; and further finding that this matter is a core proceeding under 28

U.S.C. § 157(b)(1)(A), (F), (H), (K), and (O); and further finding that venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; it is hereby

1. **ORDERED** that Citizens and Farmers Bank and Franklin American Mortgage Company are hereby **DISMISSED** as Defendants with prejudice in the above-captioned adversary proceeding; and it is further

2. **ORDERED** that this Adversary Proceeding is closed; and it is further

3. **ORDERED** that this Court retains jurisdiction to resolve and adjudicate all disputes concerning the enforcement and interpretation of this Order; and it is further

4. **ORDERED** that the Order is effective immediately upon entry and any applicable stay is hereby waived.

Dated: Jan 7 2020

/s/ Keith L. Phillips
United States Bankruptcy Judge

Entered on Docket: Jan 8 2020

**We ask for this:**

/s/ Britany B. Falabella
Robert S. Westermann (VSB No. 43294)
Brittany B. Falabella (VSB No. 80131)
**HIRSCHLER FLEISCHER, P.C.**
The Edgeworth Building
2100 East Cary Street
Richmond, Virginia 23218-0500
Telephone:   (804) 771-5610
Facsimile:    (804) 644-0957
Email:         rwestermann@hirschlerlaw.com
                bfalabella@hirschlerlaw.com
*Counsel to the Chapter 7 Trustee*

**Seen and agreed to:**

/s/ *Michael Freeman*          (signature authorized)
Michael Freeman (VSB No. 65460)
SAMUEL I. WHITE, P.C.
1804 Staples Mill Road, Suite 200
Richmond, Virginia 23230
Telephone:    (804) 290-4290
Facsimile:    (804) 290-4298
Email:        mfreeman@siwpc.com
*Counsel for Franklin American Mortgage Co.*


/s/ *Jennifer J. West*          (signature authorized)
Jennifer J. West (VSB No. 47522)
SPOTTS FAIN PC
411 E. Franklin Street, Suite 600
Richmond, Virginia 23219
Telephone:    (804) 697-2094
Facsimile:    (804) 697-2194
Email:        jwest@spottsfain.com
*Counsel to Citizens and Farmers Bank*


## CERTIFICATE OF ENDORSEMENT
## UNDER LOCAL BANKRUPTCY RULE 9022-1(C)

I hereby certify, under Local Rule 9022-1, that the foregoing proposed Order has been endorsed by and/or served upon all necessary parties.

/s/ *Brittany B. Falabella*
*Counsel for the Chapter 7 Trustee*